PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Damerial C. Jones          Case Number: 3:05-00022-01

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Reduction Sentence: November 28, 2011

Original Offense: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Fifty Grams or More of Cocaine Base

Original Sentence: 92 months' custody; 5 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: November 30, 2011

Assistant U.S. Attorney: Harold B. McDonough, Jr.          Defense Attorney: Caryll S. Alpert

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 1st day of July, 2013, and made a part of the records in the above case.

U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

U.S. Probation Officer
Jon R. Hahn

Place     Columbia, Tennessee

Date      June 20, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

Damerial C. Jones was arrested for Driving on a Suspended Driver's License, 2nd Offense, by the Metropolitan Police Department, Nashville, Tennessee, on June 12, 2013. He is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on July 9, 2013, warrant number GS635575.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Jones has been on supervision since November 30, 2011, and was moved to the Compliant Caseload on May 14, 2013. The Court was notified of him being cited for Driving on Suspended on May 21, 2013, Docket Number #228.

Mr. Jones lives alone and is currently employed.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Jones be continued on supervised release and that this matter be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer